UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS MILLS,

        Plaintiff,

    v.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendant.

Case No. 14-cv-05011-JSC

**ORDER OF DISMISSAL**

Plaintiff, a California prisoner proceeding pro se, filed this pro se civil rights action pursuant to 42 U.S.C. 1983 in which he seeks immediate release from custody and to have his sentence reduced. [1] He claims that under Proposition 47, his conviction should be changed from a felony to a misdemeanor. A petition for a writ of habeas corpus, not a civil rights complaint, is the "exclusive remedy" for the prisoner who seeks "immediate or speedier release" from confinement. *Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011). Consequently, the complaint is DISMISSED without prejudice to Plaintiff filing his claims in a petition for a writ of habeas corpus after all available state court remedies have been exhausted. *See* 28 U.S.C. § 254(b),(c). In other words, this dismissal does not bar Plaintiff from pursuing his remedies in a habeas corpus petition.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED**.

Dated: December 19, 2014

                                                  /s/ Jacqueline Scott Corley
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 5.)